Carmelita VIRAY, Appellant

v.

**FEDERAL DEPOSIT INSURANCE CORPORATION, Appellee.**

No. 10–5264.

United States Court of Appeals, District of Columbia Circuit.

March 30, 2011.

Rehearing Denied June 2, 2011.

Carmelita Viray, Temecula, CA, pro se.

R. Craig Lawrence, U.S. Attorney's Office, Washington, DC, Jaclyn Chait Taner, Counsel, Federal Deposit Insurance Corporation, Arlington, VA, for Appellee.

Before: SENTELLE, Chief Judge, and HENDERSON and GARLAND, Circuit Judges.

*JUDGMENT*

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the briefs filed by the parties. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order filed July 19, 2010, be affirmed. The district court properly concluded that appellant's claims are barred by res judicata, because appellant raises issues in the instant case that were or could have been raised in her previous actions. *See Allen v. McCurry,* 449 U.S. 90, 94, 101 S.Ct. 411, 66 L.Ed.2d 308 (1980) ("Under res judicata, a final judgment on the merits of an action precludes the parties or their privies from relitigating issues that were or could have been raised in that action."); *Smalls v. United States,* 471 F.3d 186, 192 (D.C.Cir.2006).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.